# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: All Cases | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

You have been identified as one of the 58,089 Eligible Claimants in the MDL who has not yet registered as part of the Settlement Program. The Registration Date is **January 25, 2024, only fourteen (14) days from now.** As previously instructed, you are under no obligation to participate in the settlement and are free to choose to continue to litigate your case against 3M; however, you are obligated to register, one way or the other, so that the Court can account for, and manage, the potential impact to its docket for cases moving forward beyond the settlement. **Again, Eligible Claimants in the MDL who fail to timely submit a Registration Form reflecting their election are ineligible to participate in the settlement program, and their filed cases will be dismissed with prejudice. You have been repeatedly warned by the Court of the consequences of failing to timely register.** *See* **CMO 82 (Unopened Registration Forms for MSA I Eligible Claimants), ECF No. 3976; CMO 79 (MSA I Primary Counsel Review Deadline), ECF No. 3967; CMO 74**

**(Notice and Order to MSA I Eligible Claimants and Primary Counsel), ECF No. 3936; CMO 58 (Settlement Implementation), ECF No. 3812. There will be no further warnings from the Court.**

**SO ORDERED**, on this 11th day of January, 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**